IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON A. PRICE,                                               No. 08-30179-DRH

Defendant.

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant's Motion to Continue (Doc. 18). Defendant argues that he is engaged in preliminary plea discussions which if successful would obviate the need for a trial and requests additional time to participate in plea discussions. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Price in a speedy trial because failure to grant a continuance would unreasonably interfere with the current plea negotiations, which if successful would serve all parties' interest in a just and efficient outcome. Therefore, the Court **GRANTS** Defendant's Motion to Continue (Doc. 18) and **CONTINUES** the trial set for November 17, 2008 until **January 26, 2009 at 9:00 a.m.** The time from the date Defendant's motion was filed, November

3, 2008 until the date on which the trial was rescheduled, **January 26, 2009** is excludable time for the purposes of a speedy trial.

**IT IS SO ORDERED.**

Signed this 4th day of November, 2008.

/s/    David R Herndon
**Chief Judge
United States District Court**