IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON PRICE, No.08-30179-DRH

Defendant.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant Price's motion to continue trial (Doc. 22). Defendant argues that he is currently engaged in plea discussions with the Government and plans on entering a guilty plea. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(8)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and Defendant Price in a speedy trial because failure to grant a continuance would unreasonably interfere with the current plea negotiations, which if successful would serve all parties' interest in a just and efficient outcome. Therefore, the Court **GRANTS** Defendant's motion to continue trial (Doc. 22) and **CONTINUES** the trial set for January 26, 2009 until **March 2, 2009 at 9:00 a.m.** The time from the date Defendant's motion was filed, December 19, 2008, until the date on which the trial was rescheduled, March 2, 2009, is excludable time for purposes of speedy trial.

Should either party believe that a witness will be required to travel on the

Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 22nd day of December, 2008.

/s/   *DavidRHerndon*
**Chief Judge**
**United States District Court**