IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON PRICE,                                    No. 08-30179-DRH

Defendant.

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's third motion to continue trial (Doc. 24). The Government has no objection to the motion. Based on the reasons in the motion, the Court finds that Defendant Brandon Price needs additional time to conduct negotiations. The Court finds that pursuant to **18 U.S.C. § 3161 (h)(8)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice. Further, forcing the parties to trial on a case that appears to have great potential to resolve amicably would be a great miscarriage of justice.

Therefore, the Court **GRANTS** Defendant's motion to continue trial (Doc. 18). The Court **CONTINUES** the jury trial scheduled for March 2, 2009 to **April 27, 2009 at 9:00 a.m.** The time from the date the original motion was filed, February 10, 2009, until the date to which the trial is rescheduled, April 27, 2009, is excludable time for the purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 12th day of February, 2009.

/s/      *DavidRHerndon*

**Chief Judge**
**United States District Court**