IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

**Plaintiff,**

v.

**BRANDON A. PRICE,**

**Defendant.**                                                   No. 08-30179-DRH

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant Brandon A. Price's Motion to Continue (Doc. 30). The Court finds that the trial should be postponed because of the reasons cited in Defendant's sealed motion. In addition, the Court finds that pursuant to **18 U.S.C. § 3161(h)(7)(A)**, the ends of justice served by the granting of such continuance outweigh the best interests of the public and Defendant in a speedy trial because of the reasons set out in the sealed motion.

      Therefore, the Court **GRANTS** Defendant Price's motion to continue trial (Doc. 30) and **CONTINUES** the trial set for April 27, 2009 until **July 27, 2009 at 9:00 a.m.** The time from the date the original motion was filed, April 13, 2009, until the date on which the trial is rescheduled, July 27, 2009, is excludable for purposes of a speedy trial.

      Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at

the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**
Signed this 14th day of April, 2009.

/s/      DavidRHerndon

**Chief Judge**
**United States District Court**