IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON PRICE,

Defendant.                                                       No. 08-30179-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a motion to continue filed by Defendant Brandon Price (Doc. 48).  Defendant Price requests a continuance of his trial date as he intends to enter a plea of guilty and is still involved in plea negotiations with the Government.  Defendant also states that while the parties continue to negotiate a plea in this case, the particulars have not yet been determined.  The Government does not object to the motion.  The Court, being fully advised in the premises, finds that Defendant needs additional time to conduct plea negotiations.  In addition, the Court finds that pursuant to **18 U.S.C. § 3161 (h)(7)(A)**, the ends of justice served by the granting of such a continuance outweigh the interests of the public and the Defendant in a speedy trial.  Further, forcing the parties to trial on a case that appears to have great potential to resolve amicably would be a great miscarriage of justice.

Therefore, the Court **GRANTS** Defendant Price's motion to continue (Doc. 48) and **CONTINUES** the jury trial scheduled for October 5, 2009 until **December 14, 2009 at 9:00 a.m.**  The time from the date the Defendant's motion

was filed, September 18, 2009, until the date on which the trial is rescheduled, December 14, 2009, is excludable for purposes of a speedy trial.

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Signed this 21st day of September, 2009.

/s/    DavidRHerndon

**Chief Judge**
**United States District Court**