IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDON A. PRICE,

Defendant.                                                  No. 08-30179-DRH

### ORDER

**HERNDON, Chief Judge:**

Before the Court is a Motion to Continue Sentencing Hearing (Doc. 60) filed by Defendant Brandon A. Price. Defendant requests that his sentencing hearing currently scheduled for March 11, 2010 be continued for sixty (60) days in order to determine if House Bill 3245 is passed as the bill might have an impact on Defendant's sentencing guideline range. The Government does not object to the continuance. Based on the reasons in the motion, the Court **GRANTS** Defendant's Motion to Continue Sentencing Hearing (Doc. 60). The sentencing currently scheduled for March 11, 2010 is **CONTINUED** until **May 18, 2010 at 11:00 a.m.**

IT IS SO ORDERED.

Signed this 8th day of March, 2010.

/s/  *David R. Herndon*
**Chief Judge**
**United States District Court**