IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**BRANDON PRICE,**

**Defendant.**                                          No. 08-30179-DRH

### ORDER

**HERNDON, Chief Judge:**

      Before the Court is Defendant Brandon Price's Motion to Continue Sentencing Hearing (Doc. 62). Defendant requests that his sentencing hearing currently set for May 18, 2010 be continued for at least sixty (60) days in order to determine if Senate Bill S. 1789 is passed as the bill might affect his sentencing. Defendant submits that if the bill becomes law, there would no longer be a mandatory minimum sentence of five years and that Defendant would be eligible to receive a lesser sentence as called for by the guidelines. The Government does not object to the continuance. Based on the reasons in the motion, the Court **GRANTS** Defendant Price's Motion to Continue Sentencing Hearing (Doc. 62). The sentencing hearing currently scheduled for May 18, 2010 is **CONTINUED** until **July 23, 2010 at 10:00 a.m.**

      **IT IS SO ORDERED.** Signed this 13th day of May, 2010.

      /s/ David R Herndon

      **Chief Judge**
      **United States District Court**