**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**BRANDON PRICE,**

**Defendant.**                                                    **No. 08-30179-DRH**

<u>**ORDER**</u>

**HERNDON, Chief Judge:**

       Before the Court is a Motion to Continue Sentencing Hearing (Doc. 64) filed by Defendant Brandon Price.  Defendant requests that the sentencing hearing currently set for July 23, 2010 be continued for sixty (60) days in order to determine the status of Senate Bill S. 1789 which could affect the mandatory minimum sentence in this case should the bill become law.  This is the third such request for continuance in this matter.  The Government has no objection to the motion.  Based on the reasons in the motion, the Court **GRANTS** Defendant's motion to continue sentencing hearing (Doc. 64).  The sentencing hearing currently set for July 23, 2010 is **CONTINUED** until **September 24, 2010 at 2:30 p.m.**  No further continuances will be allowed for this purpose.  See ***USA v. Tanner,* 544 F.3d 793, 796, (7th Cir.**

2008) **(prospective change in law not sufficient reason to grant continuance).**

**IT IS SO ORDERED.**

Signed this 19th day of July, 2010.

/s/  David R Herndon

**Chief Judge**
**United States District Court**